AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Josue Babines Pimentel )   Case No: 3:04CR00007-005
)   USM No: 07513-028
)
Date of Original Judgment: 10/06/2005 )
Date of Previous Amended Judgment: )   Sara J. Varner
*(Use Date of Last Amended Judgment if Any)*      *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  292  months **is reduced to**  235 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By  /s/ Dina M. Doyle
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  10/06/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/21/2016

*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Honorable Richard L. Young, Chief U.S. District Court Judge
*Printed name and title*